ORDER: The motion (Doc. No. 59) is DENIED.

*/s/ William L. Campbell Jr.*

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | |
|---|---|
| DANA SWENSON, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:23-cv-00590 |
| ) | |
| v. ) | Hon. Judge Campbell |
| ) | Magistrate Judge Newbern |
| ATCO INDUSTRIES, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT MOTION FOR EXTENSION OF TRIAL DEADLINES

Plaintiff Dana Swenson and Defendant ATCO Industries, LLC, through their undersigned counsel, respectfully jointly move this Court for an extension of the trial deadlines set in the August 25, 2023 (Dkt 14) Order.

As detailed in the parties' December 12, 2024 Joint Status Report (Doc. No. 58) and pursuant to the Court's November 18, 2024 Order (Doc. No. 56), the parties have agreed to engage in private mediation on January 3, 2025. Teresa Bult with Constangy, Brooks, Smith & Prophete, LLP will serve as the mediator. Within five days following the mediation, the parties will provide a subsequent status report notifying the Court whether the matter has been resolved. To allow the parties to preserve resources and in an effort to minimize any unnecessary demands on this Court's docket, the parties propose the following approximately 30-day extensions to the trial deadlines set forth in the August 25, 2023 (Doc. No. 14) Order: